1476

**2003–1766.  State v. Bethel.**
Franklin C.P. No. 00CR116600. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and that the time for transmitting the record be extended to April 28, 2004.